Shroy RIDLEY, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 60963.

Missouri Court of Appeals,
Western District.

March 25, 2003.

John M. Schilmoeller, Assistant State Public Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Andrea M. Follett, Assistant Attorney General, Jefferson City, for respondent.

Before HOWARD, P.J.,
LOWENSTEIN and HARDWICK, JJ.

## ORDER

PER CURIAM.

This is an appeal from the denial of a Rule 29.15 motion for post conviction relief. Appellant Shroy Ridley was found guilty of one count robbery in the first degree, § 569.020, RSMo 2000 [1], and one count of armed criminal action § 571.015. Ridley was sentenced to twelve year concurrent sentences. Appellant claims counsel was ineffective for failure to put three potential alibi witnesses on the stand.

---

1. All statutory references are to the Revised Statutes of Missouri 2000, unless other indicated.